**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 17, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00945-CR**

---

## IN RE CHRISTOPHER KEITH HANDY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1481109**

---

## MEMORANDUM OPINION

Relator Christopher Keith Handy has filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition relator does not challenge any order, judgment, or ruling of the trial court

and relator did not attach a copy of any order, judgment, or ruling to the petition for writ of mandamus. *See* Tex. R. App. P. 52.3(k)(1)(A)

We deny the petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.

Do Not Publish — Tex. R. App. P. 47.2(b).